IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TROY ALLEN BRANDSGAARD,
          Plaintiff,
   v.                                         **Judgment in a Civil Case**
UNITED STATES BUREAU OF PRISONS
HEALTH SERVICES STAFF; MRS.
NOBLES; MRS. PRIEST; DR. WILSON;
UNITED STATES,
          Defendants.                 Case Number: 5:11-CT-3122-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss, or in the alternative, for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss, or in the alternative, for summary judgment is granted. Plaintiff's FTCA claim against Wilson as well as his FTCA claims Bivens claim against the BOP Health Service Staff, and conclusory Bivens' claims are DISMISSED without prejudice.

This Judgment Filed and Entered on August 28, 2012, with service on:
Troy Allen Bransdsgaard 11787-041, Federal Correctional Institution, P.O. Box 1500, Butner, NC 27509 (via U.S. Mail)
Christina A. Kelley (via CM/ECF Notice of Electronic Filing)

August 28, 2012                                  /s/ Julie A. Richards
                                                    Clerk

Raleigh, North Carolina